Emily A. Poler • 212.675.9060 • emily@trachtmanpoler.com

TRACHTMAN&POLER

# MEMO ENDORSED

The request is granted. The case management conference scheduled for August 7, 2026 is adjourned until September 16, 2026 at 10:30 a.m. in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 12, 2026
New York, New York

August 12, 2026

**VIA ECF AND EMAIL**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
ChambersNYSDRamos@nysd.uscourts.gov

**Re:** ***Panda Restaurant Group, Inc. v. Lunchbox Technologies, Inc.*,**
**No. 25 Civ. 09999 (ER)**
**Request to Adjourn August 12, 2026 Conference**

Dear Judge Ramos:

This firm represents Defendant Lunchbox Technologies, Inc. ("Defendant") in the above-captioned matter. I write to request that the Case Management Conference scheduled for tomorrow August 13, 2026 at 11 a.m. be rescheduled to a date after September 14, 2026.

In line with your Individual Rules of Practice Rule 1(E), Defendant states as follows:

1. The original date for the Case Management Conference was August 7, 2026 at 11:30 a.m. It was rescheduled to August 13, 2026 at 11 a.m.

2. The parties previously jointly requested that the August 7, 2026 Case Management Conference be rescheduled.

3. That request was granted, and the Case Management Conference was rescheduled for tomorrow, August 13, 2026 at 11 a.m.

4. The reason for the request is that the parties have made progress toward settlement, and would like an additional 30 days to engage in further settlement discussions before participating in a Case Management Conference.

5. Plaintiff Panda Restaurant Group, Inc. ("Plaintiff") consents to the proposed adjournment.

Based on the foregoing, on behalf of both Plaintiff and Defendant, Defendant respectfully requests that the Case Management Conference currently scheduled for August 13, 2026, at 11 a.m. be rescheduled for a time after September 14, 2026, that is convenient for the Court.

Please be advised that I am not available on September 22, 2026 and Plaintiff's counsel is not available on September 15, 21, and 29, 2026.

Res_ ectfull_ Submitted.

Emily A. Poler
emily@trachtmanpoler.com

cc: All Counsel of Record